Order issued October 19, 2012





In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00568-CV

**INSTITUTIONAL SECURITIES CORPORATION AND ISC GROUP, INC., Appellants**

**V.**

**VERNON J. "COBY" HOOD, III, Appellee**

# ORDER

Before the Court is appellee's motion to present oral argument. We **GRANT** the motion in part. Appellee will be permitted to present argument limited to twenty (20) minutes pursuant to local rule 6. *See* 5TH TEX. APP. (DALLAS) LOC. R. 6(4). In all other respects the motion is **DENIED**.

_____

JIM MOSELEY
PRESIDING JUSTICE